In the Matter of the Accounting of BAINBRIDGE W. BURDICK et al., as Executors of NORMAN BURDICK, Deceased.
BAINBRIDGE W. BURDICK, Individually and as Executor, Appellant; ETHEL B. WYGANT, Individually and as Executrix, et al., Respondents.

*Matter of Burdick*, 161 App. Div. 907, affirmed.
(Submitted June 3, 1914; decided June 18, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the third judicial department, entered January 28, 1914, which modified and affirmed as modified a decree of the Albany County Surrogate's Court in a proceeding for the intermediate settlement of the account of the executors of Norman Burdick, deceased.

*Louis F. O'Neill* for appellant.

*A. Page Smith* for respondents.

Order affirmed, with costs; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, HOGAN, MILLER and CARDOZO, JJ.